Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

F I L E D
Clerk
District Court

OCT - 6 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br><br>Plaintiff<br><br>v.<br><br>DONG GUK CORPORATION<br><br>Defendant | ) CIVIL ACTION NO. CV 05 – 0 0 3 1<br>)<br>)<br>)<br>) NOTICE OF REMOVAL<br>)<br>)<br>)<br>)<br>) |

Defendant Dong Guk Corporation hereby gives notice of removal of this case to the

United States District Court for the Northern Mariana Islands. The basis for removal is diversity

of citizenship under 28 U.S.C. § 1332.as follows:

1.     This case was filed with the Superior Court of the Northern Mariana Islands on

       September 6, 2005.

2.     Jung Soon Lee, deceased, was a citizen of Korea.

3.     Sung Young Lee, the alleged personal representative of the decedent is a citizen of Korea.

4.     Dong Guk Corporation is a citizen of the Commonwealth of the Northern Mariana

       Islands as it is a corporation formed under the laws of the Commonwealth of the Northern

Page 1 of 2

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2ⁿᵈ Floor Lim's Building
San Jose, Saipan, MP 96950
Tel No: (670) 235-4802  Fax No: (670) 235-4801

Mariana Islands.

5.    Although the complaint does not allege a specific sum, defendant believes and is convinced that plaintiff is seeking recovery in excess of $75,000.00.

6.    The summons and complaint and the answer are the only documents filed in this matter in the Superior Court of the Commonwealth of the Northern Mariana Islands.

Dated ths 5th day of October, 2005.

Law Office of G. Anthony Long

By: _____
        G. Anthony Long

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802  Fax No: (670) 235-4801

1  **TORRES BROTHERS & FLORES, LLC.**
VICTORINO DLG. TORRES, ESQ.
2  Attorneys at Law
P.O. Box 501856
3  Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
4  Tel.: (670) 233-5504/6
Fax: (670) 233-5510
5
*Attorneys for Plaintiff.*
6

7              **IN THE SUPERIOR COURT**
                       **OF THE**
8  **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

9  **JUNG SOON LEE, (Deceased)**      )    CIVIL ACTION NO. 05 - _0355E_
   **by SUNG YOUNG LEE, Personal**    )
10 **Representative,**                 )
                                       )
11         **Plaintiff,**              )          **COMPLAINT AND DEMAND FOR**
                                       )                  **JURY TRIAL**
12         **v.**                      )
                                       )
13 **DONG GUK CORPORATION,**           )
                                       )
14 **Defendants.**                     )
                                       )
15 _____    )

16

17                    **JURISDICTION**
18
19 1.    This Court has jurisdiction over this civil action pursuant to 1  CMC  § 3202.

20
                      **PARTIES**
21
22 2.    Plaintiff, Jung Soon Lee (deceased) is an individual, a resident of Korea and is

23       represented by her uncle and personal representative, Mr. Lee Jung Soon.  Mr. Sung

24       Young Lee is a resident of Saipan, Commonwealth of the Northern Mariana Islands

25       (CNMI).

26 3.    Defendant, Dong Guk Corporation (hereafter referred to as "Defendant") is a corporation

27       duly organized under the laws of the CNMI and was conducting business in the CNMI at

28       all times pertinent to this complaint.

## **CAUSE OF ACTION**

(Serving Alcoholic Beverages after 2:00 a.m., opening
Business Establishment after 2:00 a.m. and Serving Alcoholic
Beverages to Apparently Intoxicated Customer)

4.    Paragraphs one (1) through four (4) of the complaint are incorporated as if fully set out here.

5.    Defendant operates a restaurant in Chalan Kanoa known as Seafood House / Han Kuk Ban Jeon Restaurant serving, among other things, seafood and alcoholic beverages.

6.    On the early morning of August 02, 2004, Gyun Jin Kim, Lee Jung Soon, Park Jin Joo and several other students were at Defendant's business establishment as customers.

7.    These students are from Korea who have traveled to the Commonwealth to advance their higher education through Northern Marianas College.

8.    On that early morning of August 02, 2004, Defendant kept its business operation open and caused to served alcoholic beverages on the students and other customers between the hours of 1:00 a.m. to 3:00 a.m.

9.    Specifically, Defendant knew that Gyu Jin Kim, one of its customers, was apparently intoxicated but continued to serve alcoholic beverages well after 2:00 a.m.

10.    On that early morning at around 3:00 a.m.— after leaving Defendant's business establishment — Gyu Jin Kim was extremely intoxicated, drove the vehicle to a Karaoke Bar but the Karaoke Bar was closed. Defendant continued to drive the vehicle and somewhere in Chalan Kanoa Beach Road, in front of Susupe Beach Park, rammed into a flame tree causing extreme injuries resulting in the death of one of her passengers, Lee Jung Soon.

11.    Based on information and belief, Defendant had secured the proper license and was duly authorized to sell and serve alcoholic beverages up to 2:00 a.m.

12.    Defendant's conduct violated 4 CMC§ 5554 by serving alcoholic beverages after 2:00 a.m. and by keeping its business operation and its customers after 2:00 a.m.

2 of 4

13. Defendant has a duty to stop serving alcoholic beverages by 2:00 a.m. and close its business premises by 2:00 a.m.

14. Defendant also has a duty to deny service of alcoholic beverages to apparently intoxicated individuals.

15. The police report generated from the accident indicated that Gyu Jin Kim was intoxicated and operated the vehicle while under the influence of alcohol.

16. Serving alcohol to individuals that are apparently intoxicated is illegal.  See,4 CMC § 5558.

17. Defendant breached its duty and as a direct and proximate result of the intentional, wilful, recklessness, carelessness, and negligence of Defendant, it's agents or employees by beverages and keeping its Business establishment to Gyu Jin Kim, Gyu Jin Kim was extremely intoxicated, drove the vehicle and rammed into a flame tree and sustained vehicle damage, serious personal injuries resulting in death and severe pain and suffering to Lee Jung Soon.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment as follows:

1. Against Defendant for compensatory damages and for medical care and expenses, bodily injury, funeral expenses and loss of earnings, in the amount to be proven at trial;

2. Against Defendant for pain and suffering, emotional distress and mental anguish in the amount to be proven at trial;

3. Against Defendant for costs and reasonable attorney's fees; and,

4. For such other and further relief to which Plaintiff is entitled to receive at law and/or in equity even though not demanded for in any of her pleadings.

1

## DEMAND FOR JURY TRIAL

2      Plaintiff requests a jury trial of her peers on all issues so triable.

3

4 DATED: _09 / 06 / 2005_____.

5                                          **TORRES BROTHERS & FLORES, LLC.**

6

7                                          VICTORINO DLG. TORRES Attorneys for
                                           Plaintiff

8

9                                      **VERIFICATION**

10      I, **SUNG YOUNG LEE**, is the uncle and personal representative of Lee Jung Soon. I

11 declare under penalty of perjury that the above facts were alleged with good faith believe that

12 they are true and correct and this Complaint is to advance and protect Lee Jung Soon's interest.

13      This verification was entered on this _6_ day of September, 2005.

14

15

16                                          SUNG YOUNG LEE

17

18

19

20

21

22

23

24

25

26

27

28

Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801



Attorney for Defendant Dong Guk

## IN THE SUPERIOR COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

JUNG SOON LEE, (Deceased)　　　) CIVIL ACTION NO05-0355 - E
By SUNG YOUNG LEE, Personal　 )
Representative　　　　　　　　　 )
　　　　　　　　　Plaintiff　　　　)
　　　　　　　　　　　　　　　　　) ANSWER
　　　　　　　v.　　　　　　　　　 )
DONG GUK CORPORATION　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant　　　　)
_____ )

　　　　Defendant Dong Guk Corporation hereby answers the complaint as follows:

1.　　In response to ¶ 2, defendant lacks knowledge and information as to Sung Young Lee

being appointed personal representative for Jung Soon Lee and therefore denies that

allegation.

2.　　In response to ¶ 4, defendant realleges and incorporates its answers to ¶¶ 1 - 3.

3.　　In response to ¶ 6, defendant admits that Jung Soon Lee and other college age persons

were among the customers at their business establishment.

4.　　In response to ¶ 7, defendant lacks knowledge as to whether all of the persons with Jung

Soon Lee at their business were college students. Defendants also lack knowledge as to

Page 1 of 3

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel No. (670) 235-4802  Fax No. (670) 235-4801

why the persons who were students decided to attend the Northern Marianas College.  On
the basis of this lack of knowledge, defendants deny the allegations contained in ¶ 7.

5.    In response to ¶ 8, defendant denies serving alcohol after 2:00 a.m.

6.    In response to ¶ 10, defendant admits only that Jung Soon Lee is dead. Defendants deny
all other allegations contained in ¶ 10.

7.    In response to ¶ 13, defendants admit only that its ABC license required it to cease selling
alcohol at 2:00 a.m. Defendant denies all other allegations contained in the ¶ 13.

8.    Paragraph 14 is a statement  of law and is not subject to response by defendant.
However, to the extent, a response to the paragraph is appropriate, the statement is an
inaccurate statement of the duty and defendants therefore deny ¶ 14

9.    Defendant lacks knowledge of the contends of the police report and therefore deny the
allegations contained in ¶ 15.

10.    Paragraph 16 is a statement  of law and is not subject to response by defendant.
However, to the extent, a response to the paragraph is appropriate, the statement is an
inaccurate  statement of the law and defendant therefore denies ¶ 16.

11.    Defendant admits ¶¶ 1, 3, 5, 11,

12.    Defendant denies ¶¶ 9, 12, and 17.


## AFFIRMATIVE DEFENSES

1.    The complaint fails to state a claim for relief

2.    The intentional conduct of Jung Soon Lee is the proximate cause of her death.

3.    Jung Soon Lee's own negligence is the proximate cause of her death.

**PRAYER FOR RELIEF**

Wherefore, defendant prays for relief as follows:

1.    Plaintiff take nothing from the complaint;

2.     For cost of suit including reasonable attorneys fees; and

3.    Such other and further relief as the court deems appropriate.


Dated ths 5th day of October, 2005.

                          Law Office of G. Anthony Long


                          By: _____
                              G. Anthony Long

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel No: (670) 235-4802  Fax No: (670) 235-4801

Page 3 of  3