Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br><br>Plaintiff<br><br>v.<br><br>DONG GUK CORPORATION<br><br>Defendant | CIVIL ACTION NO. 05-0031<br><br>DEFENDANT'S PROPOSED CASE MANAGEMENT SCHEDULE<br><br>Date Oct. 28, 2005<br>time: 8:30 a.m. |

Comes now defendant Dong Guk Corporation ("DGC") which submits the following proposed Case Management Conference Statement:

**(a)   Service of Process:**

The defendant has been served.

Page 1 of 4

**(b)   Jurisdiction and Venue:**

Subject matter jurisdiction and venue is proper.

**( c)   Track Assignment:**

Standard

**(d)   Anticipated motions:**

At this time, the motions defendant anticipate filing include, but are not limited to the following:

1. Motion to amend answer;

2. Discovery motions;

3. Summary Judgment; and

4. In limine motion

**(e)   Anticipated Discovery and Limitation on Discovery:**

1. Interrogatories, request to product and a request for admissions will be served upon plaintiff.

2. Defendant anticipates taking three (3) to five (5) depositions of fact witnesses and depose expert witness, if any, identified by plaintiff.

**(f) Further proceedings**:

Plaintiff leaves the setting of the proceedings to the court.

**(g)   Special Procedures**:

Not necessary.

**(h)   Modification of the standard pre-trial procedures**:

No modifications necessary.

**(I)   Settlement prospects**:

Defendant need to conduct discovery prior to determining the settlement value, if any, of this claim.

**(j)   Limitation of issues**:

No limitation is necessary, at this time.

**(k)   Setting of dates**:

Defendants request the following dates:

Page 3 of 4

1. Motions to amend and supplement pleadings filed on or before December 15, 2005;

2. All discovery served so as to be completed by March 13, 2006;

3. Discovery motions filed on or before April 6, 2006;

4. Settlement Conference on April 21, 2006;

3. All dispositive motions heard on or before May 25, 2006;

4. Final Settlement Conference on June 9, 2006;

5. Joint pre-trial order June 17, 2006

6. Final Pre-trial conference June 17, 2006; and

4. Trial date of June 26, 2005 at 9:00 a.m.


Dated this 27th day of October, 2005.


Law Office of G. Anthony Long

By: _____
G. Anthony Long