Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br><br>Plaintiff<br><br>v.<br><br>DONG GUK CORPORATION<br><br>Defendant | ) CIVIL ACTION NO. 05-0031<br>)<br>)<br>)<br>)<br>) DEFENDANT'S RULE 26<br>) DISCOVERY DISCLOSURES<br>)<br>)<br>)<br>) Date Oct. 28, 2005<br>) time: 8:30 a.m. |

Comes now defendant Dong Guk Corporation ("DGC") which submits the following pre-discovery disclosure:

**A.    PERSONS WITH DISCOVERABLE INFORMATION:**

The persons known to DGC who possess discoverable knowledge include, but are not limited, to the following:

1.    Gyu Jin Kim

2.  Lee Jung Soon

3.  Park Jin Joo

4.  Lee, Sung Chun

5.  Lee, Mi Yeon

6.  Moon, Young Soo

7.  Oh, Ok Soon

**B.   DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS:**

The documents possessed by DGC relevant to his defenses in this lawsuit are as follows:

1.  DCG's ABC license

2.  The business receipts for the evening of August 1, 2004 and early morning of August 2, 2004.

Other documents not possessed by DGC which are believed to be relevant to the lawsuit include but are not limited to the following:

1.  The police investigation report of the traffic accident on or about August 2, 2004. This document is believed to be in the possession of the Commonwealth Department of Public Safety

2.  The traffic case and /or criminal case , if any, against Gyu Jin Kim. Documentation regarding this matter will possessed by the Superior Court

of the Northern Mariana Islands.

3. The medical records, if any, reflecting the treatment received by Gyu Jin Kim following the traffic accident. Such documentation, if it exists, should be in the possession of the Commonwealth Health Center.

3. The autopsy of Jung Soon Lee, if any. This document, if it exists, should be in the possession of the Commonwealth Health Center.

4. The judicial proceedings in which Sung Young Lee was appointed the personal representative of Jung Soon Lee. This documentation, if it exists, should be in the possession of the Superior Court of the Northern Mariana Islands.

C. **EXPERT WITNESSES:**

DGC has not made a determination as to whether it will use an expert witness in this case.

D **COMPUTATION OF DAMAGES:**

DGC does not have a claim for damages.

### E. INSURANCE

DCG possesses business liability insurance issued by Dongbu Insurance Co. Ltd.

Dated this 27th day of October, 2005.

        Law Office of G. Anthony Long

By: _____
        G. Anthony Long

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801