FILED
Clerk
District Court

OCT 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) by SUNG YOUNG LEE, Personal Representative,<br><br>Plaintiff,<br><br>vs.<br><br>DONG GUK CORPORATION,<br><br>Defendant. | Civil Action No. 05-0031<br><br><br>CASE MANAGEMENT SCHEDULING ORDER |

Victorino DLG Torres
Attorney at Law
P.O. Box 501856
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on October 28, 2005. As a result of the conference,

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

IT IS ORDERED THAT:

1. All parties are to be joined on or before May 5, 2006.

2. All motions to amend pleadings shall be filed on or before May 5, 2006.

3. All discovery shall be served by June 30, 2006.

4. All discovery motions shall be filed so as to be heard on or before August 3, 2006. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - June 16, 2006.

6. Defendant and third-party defendant expert disclosure - June 30, 2006.

7. Expert discovery shall be completed by July 31, 2006.

8. A status conference will be held on June 16, 2006, at 9:00 a.m.

9. All dispositive motions shall be heard on or before September 7, 2006. Said motions shall be filed in accordance with Local Rules 7.1and/or 56.1.

10. A settlement conference will be held on September 15, 2006, at 9:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by October 2, 2006.

12. A final pretrial conference will be held on November 2, 2006, at 9:00 a.m.

13. The trial in this case shall begin on November 6, 2006, at 9:00 a.m.

This case has been assigned to the Standard Track.

AO 72
(Rev. 8/82)

DATED THIS 28th day of October, 2005, Garapan, Saipan, CNMI.

_____
JUDGE ALEX R. MUNSON