F I L E D
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ *District* COURT
FOR THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

Jung Seon Lee, (Deceased) by
Sung Young Lee, Personal Representative
Plaintiff(s)

v.   Dong Guk Corporation

_____

Defendant(s)

Civil / ~~Criminal~~ / FCD No. _05 - 0031_

**CERTIFICATE OF SERVICE**

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the _3rd_ day of _Nov._, 2005 at _2:47pm_, I personally served upon _Anthony Long Law office_

_____     _____
_____     _____

a true and correct copy of the following:

☐   Summons and Complaint
☐   Order dated _____
☐   Motion to _____
☑   Other (Specify) _Plaintiff's   Pre - Discovery   Disclosure   Statement_
_____ in the above-captioned matter.

Dated: _11 / 03 / 2005_ .

_____
JOAQUIN REYES CRISOSTOMO