FILED
Clerk
District Court

JUN 30 2006

For The Northern Mariana Islands
By________________
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br>Plaintiff<br><br>v.<br>DONG GUK CORPORATION<br><br>Defendant | ) CIVIL ACTION NO. 05-0031<br>)<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE DISCOVERY<br>)<br>)<br>)<br>)<br>) |

Given the schedule of counsel for the parties, the parties stipulate and agree to amend the scheduling order as follows:

1. The discovery cut-off date shall be continued from June 30, 2006 to September 29, 2006.

2. All other dates in the scheduling order shall remain the same.

Law Office of G. Anthony Long

By: G. Anthony Long
G. Anthony Long
Attorney for Defendant

Torres Brothers, LLC

By: [signature]
Victorino DLG Torres
Attorney for Plaintiff

So **ORDERED** this 30th day of June, 2006

Alex R. Munson
Alex R. Munson
Judge, District Court