```
                                              F I L E D
                                                 Clerk
                                             District Court

                                             SEP 1 4 2006

                                        For The Northern Mariana Islands
                                        By_____
                                                  (Deputy Clerk)
```

1 **TORRES BROTHERS, LLC.**
**VICTORINO DLG. TORRES, ESQ.**
2 Attorneys at Law
P.O. Box 501856
3 Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
4 Tel.: (670) 233-5506
Fax: (670) 233-5510
5 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) by SUNG YOUNG LEE, Personal Representative, <br><br> Plaintiff, <br><br> vs. <br><br> DONG GUK CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. <u>CV 05-0031</u> <br><br> **STIPULATED MOTION TO CONVERT SETTLEMENT CONFERENCE TO STATUS CONFERENCE AND SCHEDULING CONFERENCE; ORDER THEREON** |

### STIPULATION

COME NOW, Plaintiff, Sung Young Lee, through counsel, Victorino DLG. Torres and Defendant, Dong Guk Corporation through counsel Anthony Long, Esq., and hereby stipulate to convert the currently set settlement conference to a status conference and scheduling order. The bases of this request are as follows:

1. Some of the witnesses that appear critical to the case have moved to South Korea. The parties are trying to resolve this issue as to deposition and discovery matters.

2. The pleadings would need to be amended to include Dongbu Insurance Co., Ltd. whose underwriter is Moylan's Insurance Underwriters, Inc. It appears that a legitimate claim could be made against Dongbu Insurance Co., Ltd. who may be liable for the injuries sustained as mentioned in the Complaint.

3. For the above reasons, undersigned counsels believe that a status and scheduling

conference is needed to address the above situation.

Dated this 13th day of September, 2006.

_____
Victorino DLG. Torres, Attorney for Plaintiff

_____
Anthony Long, Esq. attorney for Defendant

## ORDER

THIS COURT having reviewed the stipulation finds good cause to grant this motion.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the settlement conference currently set for September 15, 2006 at 9:00 a.m. is converted to a status and scheduling conference which is hereby set for **September 14, 2006 at 9:30 a.m.**

SO ORDERED: 9 /14/ 2006.

_____
Honorable Chief Judge Alex R. Munson

RECEIVED
SEP 1 4 2006
Clerk
District Court
The Northern Mariana Islands