F I L E D
Clerk
District Court

SEP 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TORRES BROTHERS, LLC.
VICTORINO DLG. TORRES, ESQ.
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5506
Fax: (670) 233-5510
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) by SUNG YOUNG LEE, Personal Representative,<br><br>**Plaintiff,**<br><br>vs.<br><br>DONG GUK CORPORATION,<br><br>**Defendants.** | CIVIL ACTION NO. CV 05-0031<br><br>AMENDED CASE MANAGEMENT |

THIS MATTER came on for a status and scheduling conference on September 14, 2006 at 9:30 a.m. Plaintiff, Sung Young Lee, through counsel, Victorino DLG. Torres and Defendant, Dong Guk Corporation through counsel Anthony Long, Esq., were present. As a result of the conference the previous Case Management Scheduling Order is amended to reflect the following,

IT IS ORDERED THAT:

1. All parties are to be joined and all motions to amend pleadings shall be filed by October 15, 2006.

2. All discovery shall be completed by March 15, 2007.

3. Settlement conference shall be heard on April 06, 2007 at 9:00 a.m.

4. A jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by April 27, 2007.

5.  A final pre-trial conference will be held on April 27, 2007 at 10:00 a.m.

6.  The trial in this case shall begin on May 07, 2007 at 9:00 a.m.

SO ORDERED: 09/19/ 2006    .

_____
HONORABLE CHIEF JUDGE
ALEX R. MUNSON

STIPULATE AS TO FORM
AND CONTENT:

_____
Anthony Long, Attorney for
Defendant