TORRES BROTHERS, LLC.
VICTORINO DLG. TORRES, ESQ.
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5504/6
Fax: (670) 233-5510

*Attorneys for Plaintiff.*

```
                    F I L E D
                      Clerk
                  District Court

                  SEP 2 9 2006

          For The Northern Mariana Islands
          By_____
                   (Deputy Clerk)
```

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) by SUNG YOUNG LEE, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION,<br>Defendant. | CIVIL ACTION NO. CV 05-0031<br><br>STIPULATED MOTION TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON |

## STIPULATION

COME NOW, Plaintiff, Sung Young Lee, through counsel, Victorino DLG. Torres and Defendant, Dong Guk Corporation through counsel Anthony Long, Esq., and hereby stipulate that Plaintiff may file her First Amended Complaint on or before October 15, 2006, as allowed in the Amended Case Management.

Dated this 28th day of September, 2006.

_____
Victorino DLG. Torres, Attorney for Plaintiff

_____
Anthony Long, Esq. attorney for Defendant

**ORDER**

THIS COURT having reviewed the above stipulation finds good cause to grant the above Stipulated Motion to File First Amended Complaint.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff may file her First Amended Complaint on or before October 15, 2006.

SO ORDERED: 9/29/2006.

_____
Honorable Chief Judge Alex R. Munson