AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Jung Soon Lee, (Deceased)
by Sung Young Lee, Personal Representative,

V.

Dong Guk Corporation, Dongbu Insurance Co.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   CV 05-0031

F I L E D
Clerk
District Court

OCT - 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of Defendant)

Dongbu Insurance Company Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victorino DLG. Torres
Torres Brothers, LLC
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**GALO L. PEREZ**

CLERK                                                                                      DATE    SEP 29 2006

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 9/29/06 |
| NAME OF SERVER (PRINT) Joaquin R. Crisostomo | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Thomas Clifford Attorney at Law - 4:05 pm
Moylans Insurance - 4:15 pm

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/29/06
                  Date                          Signature of Server

P.O. Box 501856 Saipan, MP 96950
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.