```
                                                        F I L E D
                                                           Clerk
                                                       District Court

                                                       FEB - 8 2007
```

Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

Attorney for Defendant Dongbu Insurance Company, Ltd.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (deceased), by SUNG YOUNG LEE, Personal Representative<br><br>Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION, and DONGBU INSURANCE COMPANY, LTD.<br><br>Defendants. | Civil Action No. 05-0031<br><br>STIPULATION TO:<br>1) ALLOW AMENDED ANSWER; and<br>2) AMEND CASE MANAGEMENT SCHEDULING ORDER |

    The parties hereby stipulate as follows through their respective counsel of record, subject to the approval of this Court:

1. Defendant Dongbu Insurance Company, Ltd. ("Dongbu") may file an amended answer to include a cross-claim against Defendant Dong Guk Corporation on the issue of insurance coverage. Dongbu shall file such an amended answer and cross-claim within five days of any order from the Court allowing that pleading.

2. The October 28, 2005 *Case Management Scheduling Order* and the September 19, 2006 *Amended Case Management* order are amended as follows:

Page 1 of 2 pages

1  a. Plaintiff's expert disclosure – March 2, 2007.

2  b. Defendants' expert disclosure – April 2, 2007.

3  c. All discovery shall be completed by April 2, 2007.

4  SO STIPULATED:

5

6

7  _____    Date: 02/07/2007
   Victorino DLG. Torres
8  Counsel for Plaintiff

9

10 _____    Date: 02.07.07
   G. Anthony Long
11 Counsel for Defendant Dong Kuk
   Corporation
12

13

14 _____    Date: 2/7/07
   Thomas E. Clifford
15 Counsel for Defendant Dongbu Insurance
   Company, Ltd.
16

17

18

19

20

21

22

23

24

25

26