```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   FEB 13 2007

Thomas E. Clifford                          For The Northern Mariana Islands
Attorney at Law                             By_____
2nd Floor, Alexander Building, San Jose              (Deputy Clerk)
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848
```

Attorney for Defendant Dongbu Insurance Company, Ltd.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (deceased), by SUNG YOUNG LEE, Personal Representative<br><br>Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION, and DONGBU INSURANCE COMPANY, LTD.<br><br>Defendants. | Civil Action No. 05-0031<br><br>ORDER:<br>1) ALLOWING AMENDED ANSWER; and<br>2) AMENDING CASE MANAGEMENT SCHEDULING ORDER |

    Based on the stipulation of the parties, the pleadings and other papers on file in this case and the applicable law, the Court hereby ORDERS as follows:

1. Defendant Dongbu Insurance Company, Ltd. ("Dongbu") may file an amended answer to include a cross-claim against Defendant Dong Guk Corporation on the issue of insurance coverage. Dongbu shall file any such amended pleading within five days of the date of this order.

2. The October 28, 2005 *Case Management Scheduling Order* and the September 19, 2006 *Amended Case Management* order are amended as follows:

     a.   Plaintiff's expert disclosure – March 2, 2007.

     b.   Defendants' expert disclosure – April 2, 2007.

     c.   All discovery shall be completed by April 2, 2007.

Dated this 13th day of February, 2007, Garapan, Saipan, CNMI.

/s/ Alex R. Munson
JUDGE ALEX R. MUNSON