Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br>          Plaintiff<br><br>          v.<br>DONG GUK CORPORATION and DONGBU INSURANCE COMPANY, LTD<br><br>          Defendants<br><br>DONG GUK CORPORATION<br><br>          Third Party Plaintiff<br><br>          v.<br><br>GYUN JIN KIM<br><br>          Third Party Defendant | ) CIVIL ACTION NO 05-0355 - E<br>)<br>)<br>)<br>)<br>)<br>) **ANSWER TO CROSS CLAIM**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Comes now Dong Guk which answers the cross claim fo Dongbu Corporation as follows:

1.      Dong Guk admits ¶¶ 2, 3, 5, 6, 7, 8, 9, 10, 11, 13, and 14.

2.      Dong Guk denies ¶¶ 17, 18, 19 and 20.

In response to ¶ 1, Dong Guk admits only that Dongbu has filed a cross claim. Dong Guk denies all other allegations contained in ¶ 1

In response to ¶ 4, Dong Guk denies its corporate name is Dong Kuk as it was incorporated under Commonwealth law under the name of Dong Guk. Dong Guk does admit, however, that in issuing policy no. KBO-00051-S01 ("Policy"), Dongbu misspelled Dong Guk's name as Dong Kuk.

In response to ¶ 12, Dong Buk admits only that the Policy is subject to Commonwealth law, and all lawful terms and conditions in the Policy including all lawful amendments and endorsements. Dong Guk denies all other allegations contained in ¶ 12.

In response to ¶ 15 Dong Guk admits only that Dong Bu denies coverage under the Policy. Dong Guk denies all other allegations contained in ¶ 15.

In response to ¶ 16, Dong  Guk admits only that the complaint alleges that it served alcoholic beverages after hours and that it served alcoholic beverages to intoxicated persons. Dong Guk denies all other allegation contained in ¶ 16.

Law Office of G. Anthony Long

By:_____/s/_____
        G. Anthony Long