Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Defendant Dongbu Insurance Company, Ltd.

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (deceased), by SUNG YOUNG LEE, Personal Representative<br><br>Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION, and DONGBU INSURANCE COMPANY, LTD.<br><br>Defendants. | Civil Action No. 05-0031<br><br>DECLARATION OF TAMI HUNTER IN SUPPORT OF DEFENDANT DONGBU INSURANCE COMPANY, LTD.'S MOTION FOR SUMMARY JUDGMENT |

I, TAMARA L. HUNTER, state as follows:

1. I am the branch manager of Moylan's Insurance Underwriters, Intl. Saipan office ("Moylan's") and I have held this position continuously since 1999.

2. I am over the age of eighteen years and competent to make this Declaration. I make the following statements based on personal knowledge unless specifically indicated otherwise below.

3. Moylan's is the authorized general agent for Dongbu Insurance Company, Ltd. ("Dongbu") and was throughout the year 2004.

Page 1 of 2 pages

4. As the branch manager of Moylan's Saipan office, I am the custodian of records for Dongbu insurance policies issued through the Saipan office of Moylan's, or in other words, I am responsible to maintain Moylan's records of Dongbu insurance policies issued through the Saipan office of Moylan's.

5. As the general agent for Dongbu, it is the regular conducted business activity and regular practice of Moylan's to issue Dongbu's insurance policies to various insureds on Saipan, and then to maintain copies of those policies in our Saipan office.

6. Attached hereto as **Exhibit A** is a true and correct copy of Dongbu Insurance Policy No. KBO-00051-S01 (the "Policy"), which was issued effective June 4, 2004 from Dongbu, through Moylan's, to the named insureds, Dong Kuk Corporation and Han Kook Ban Jun. The Policy consists of nine pages of declarations, endorsements and exclusions and then a forty-four page Business Owner's Policy coverage form.

7. My signature appears where indicated for Moylan's as the general agent for Dongbu on the various declarations, endorsements and exclusions pages. I signed thereby issuing the Policy effective June 4, 2004.

8. The Policy was issued and maintained by Moylan's in the course of Moylan's regularly conducted business and regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 20th day of March, 2007 on Saipan, Commonwealth of the Northern Mariana Islands.

*[signature]*
TAMARA L. HUNTER