**Thomas E. Clifford**
**Attorney at Law**
**2nd Floor, Alexander Building, San Jose**
**P.O. Box 506514**
**Saipan, MP  96950**
**Tel. (670)235-8846**
**Fax (670)235-8848**

**Attorney for Defendant Dongbu Insurance Company, Ltd.**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (deceased), by SUNG YOUNG LEE, Personal Representative<br><br>Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION, and DONGBU INSURANCE COMPANY, LTD.<br><br>Defendants. | Civil Action No. 05-0031<br><br><br><br>**NOTICE OF MOTION:**<br>**DEFENDANT DONGBU**<br>**INSURANCE COMPANY,**<br>**LTD.'S**<br>**MOTION FOR SUMMARY**<br>**JUDGMENT** |

Please take notice that Defendant Dongbu Insurance Company, Ltd.'s Motion for Summary Judgment shall come on for hearing on _____, April _____, 2007 at _____ a.m./p.m.

_____
Clerk of Court

Page 1 of 1 pages