```
Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848
```

FILED
Clerk
District Court

MAR 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant Dongbu Insurance Company, Ltd.

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (deceased), by SUNG YOUNG LEE, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION, and DONGBU INSURANCE COMPANY, LTD.<br><br>Defendants. | Civil Action No. 05-0031<br><br>NOTICE OF MOTION: DEFENDANT DONGBU INSURANCE COMPANY, LTD.'S MOTION FOR SUMMARY JUDGMENT |

Please take notice that Defendant Dongbu Insurance Company, Ltd.'s Motion for Summary Judgment shall come on for hearing on ____APR 19 2007____ at 9:00 (a.m.)/p.m.

_____/s/ Michelle_____
MICHELLE C. MACARANAS, Deputy Clerk

Page 1 of 1 pages