F I L E D
Clerk
District Court

MAR 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br>　　　　Plaintiff<br><br>v.<br><br>DONG GUK CORPORATION and DONGBU INSURANCE COMPANY, LTD<br>　　　　Defendants<br><br>DONG GUK CORPORATION<br>　　　　Third Party Plaintiff<br><br>v.<br><br>GYUN JIN KIM<br>　　　　Third Party Defendant | CIVIL ACTION NO 05-00031<br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER** |

　　　　Counsel for the parties, stipulate and agree to amend the scheduling order as follows:

1.　　Any dispositive motion shall be filed on or before April 3, 2007;

2.　　The opposition memorandum shall be filed on or before April 17, 2007.

3.　　The optional reply memorandum shall be due on or before April 23, 2007.

Page 1 of 2

4.  A hearing on any dispositive motion shall be held on or before April 26, 2007 at 9:00 a.m.

5.  All other dates in the scheduling order shall remain the same.

| Law Office of G. Anthony Long | Torres Brothers, LLC |
|---|---|
| By: _____ <br> G. Anthony Long <br> Attorney for Defendant Dong Guk | By: _____ <br> Vincent DLG Torres <br> Attorney for Plaintiff |

_____
Thomas Clifford
Attorney for Defendant Dongbu Insurance Co.

So **ORDERED** this __29TH__ day of March, 2007

_____
Alex R. Munson
Judge, District Court

**RECEIVED**

MAR 28 2007

Clerk
District Court
The Northern Mariana Islands