IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative, | ) CIVIL ACTION NO. 05-0031 ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DONG GUK CORPORATION, | ) ) |
| Defendant, | ) ) |
| AND RELATED ACTIONS. | ) ) |

DEPOSITION OF MS. MEE YEON LEE

Taken at the Law Offices
of the Torres Brothers, LLC
Bank of Guam Building, 3rd Floor
Garapan, Saipan
Commonwealth of the Northern Mariana Islands

March 22, 2007

===========================
Transcribed by:
Celina A. Concepcion
dba Judicial Services
Atuhong Place, Chalan Piao
P. O. Box 500051
Saipan, MP 96950-0051
(670) 235-7585

Exhibit B

```
 1            alcohol after 2:00 a.m.?
 2      A     2004 -- 2004?  That day or other day.
 3            MR. TORRES: Any -- any day.
 4      A     Any day?  Yeah, sometimes I serve alcohol.
 5      Q     Okay, and did you know that that is illegal to serve
 6            alcohol after 2:00 a.m.?
 7            MR. LONG:  Objection, all she said was sometimes she
 8      served alcohol, I'm not sure she said she served after 2:00
 9      a.m., but otherwise, go ahead.
10      Q     Ah, did you know that it was illegal to serve alcohol
11            after 2:00 a.m. in 2004?
12      A     Yes.
13      Q     Okay, and you still serve alcohol sometimes....
14      A     Yes.
15      Q     ....after 2:00 a.m. in 2004?
16      A     Yes.
17      Q     And, why is it that you know it's illegal and you still
18            serve alcohol after 2:00 a.m.  Why?
19      A     Because...[pause -- continued in Korean].
20            INTERPRETER:  She say that ah, even the near to her
21      restaurant all kind of Korean restaurant?  The customers
22      likes to drink and eating -- ah, eating, same time order the
23      food and the drink, but if she doesn't offer the -- ah serve
24      the alcohol?  Maybe gonna be -- the customer gonna go to
25      other side, so she's gonna lose the customers.  That's
```

-14-

1    ...[indiscernible].

2    Q    Did you know -- did you believe it was wrong for you to
3        serve after 2:00 a.m.?

4    A    Yes.

5    Q    And, do you have any regrets for serving alcohol after
6        2:00 a.m.?

7        MR. LONG: I'm gonna just object to that question as
8    being vague, as being irrelevant, but otherwise she can
9    answer. ...[indiscernible].

10        INTERPRETER: She said that she knows that's illegal for
11    after 2:00 a.m. serve the alcohol to the customer, but she
12    don't think -- she didn't--

13    ...[deponent continuing in background].

14        INTERPRETER: She said that the reason why she serve --
15    serve some of the customer for the after 2:00 a.m. ah, for
16    the alcohol because the reason why she serve for some of
17    customer, those guys ah, she's -- who serve the alcohol is
18    she really know about the customers, like long time friends
19    and she knows, really knows about the person is not gonna be
20    have problems, but if she not really know about the person,
21    she's not gonna sell.

22    Q    Do you have any regrets for serving alcohol after 2:00
23        a.m.?

24        MR. LONG: And my ah, objection is the same as being
25    irrelevant, immaterial and vague, otherwise she can go ahead