1  TORRES BROTHERS, LLC.
   VICTORINO DLG. TORRES, ESQ.
2  VINCENT DLG. TORRES, ESQ. (F0258)
   Attorneys at Law
3  P.O. Box 501856
   Saipan, MP 96950
4  Bank of Guam Bld. 3rd Flr.
   Tel.: (670) 233-5506/4
5  Fax: (670) 233-5510

6  *Attorneys for Plaintiff*

```
                    F I L E D
                       Clerk
                   District Court

                   APR - 2 2007

              For The Northern Mariana Islands
              By_____
                       (Deputy Clerk)
```

7              UNITED STATES DISTRICT COURT
                        FOR THE
8               NORTHERN MARIANA ISLANDS

9  JUNG SOON LEE, (Deceased) By SUNG  )   CIVIL ACTION NO. 05 - 0031
   YOUNG LEE, Personal Representative, )
10                                      )
              Plaintiff,                )
11                                      )   NOTICE OF ERRATA; ORDER
       v.                               )   THEREON:
12                                      )
   DONG GUK CORPORATION, DONGBU         )
13 INSURANCE COMPANY LTD.,              )   Time:  _____
                                        )   Date:  _____
14           **Defendants.**            )   Honorable Alex R. Munson

17     PLEASE TAKE NOTICE that Plaintiff Sung Young Lee, by and through his attorney,

18 Vincent DLG. Torres has filed Plaintiff's Memorandum of Points and Authorities in Support of

19 Motion for Leave to Amend First Amended Complaint erroneously. Please take notice that

20 Plaintiff will file the correct document no later than this afternoon, April 02, 2007.

22 DATED:  __04__ / __02__ / __2007__ .        TORRES BROTHERS, LLC.

                                                __/s/  Vincent DLG. Torres__
24                                              VINCENT DLG. TORRES, ESQ.
                                                Attorney for Plaintiff

## ORDER

THIS COURT having reviewed the above Notice of Errata hereby finds good cause to reflect the errata in the order.

IT IS THEREFORE ORDERED that the above changes shall be filed by April 02, 2007.

IT IS SO ORDERED.

DATED: APR - 2 2007

*Alex R. Munson*
ALEX R. MUNSON
CHIEF JUDGE