**TORRES BROTHERS, LLC.**
**VICTORINO DLG. TORRES, ESQ.**
**VINCENT DLG. TORRES, ESQ. (F0258)**
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5506/4
Fax: (670) 233-5510

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative, <br><br> Plaintiff, <br><br> v. <br><br> DONG GUK CORPORATION, DONGBU INSURANCE COMPANY LTD., <br><br> Defendants. | CIVIL ACTION NO. 05 - 0031 <br><br> MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT <br><br> Time:   9:30 a.m. <br> Date:   May 03, 2007 <br> Honorable Alex R. Munson |

COMES NOW Plaintiff Jung Soon Lee, through personal representative, Sung Young Lee (hereafter "Plaintiff"), by and through her attorney, Vincent DLG. Torres and respectfully moves this Court for a Motion for Leave to Amend First Amended Complaint pursuant to Fed.R.Civ.P. 7 (b) and Fed.R.Civ.P. 15(a). The attached document is Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to Amend First Amended Complaint, including Declaration of Counsel.

Respectfully submitted this  2nd  day of April, 2007.

                                                      TORRES BROTHERS LLC
                                                      ATTORNEYS AT LAW

                                                        /S/ VINCENT DLG. TORRES
                                                      VINCENT DLG. TORRES, ESQ.
                                                      ATTORNEY FOR PLAINTIFF

(Motion for Leave to Amend First Amended Complaint)