IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative,<br><br>    Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION,<br><br>    Defendant,<br><br>AND RELATED ACTIONS. | ) CIVIL ACTION NO. 05-0031<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEPOSITION OF MR. LEE, SUNG CHUN

Taken at the Law Offices
of the Torres Brothers, LLC
Bank of Guam Building, 3rd Floor
Garapan, Saipan
Commonwealth of the Northern Mariana Islands

March 22, 2007

================================

**Transcribed by:**
Celina A. Concepcion
**dba Judicial Services**
Atuhong Place, Chalan Piao
P. O. Box 500051
Saipan, MP  96950-0051
(670) 235-7585

Exhibit A

1   with when eating.  They likes to enjoy with the alcohol.
2   Q   Have you ever served alcohol after 2:00 a.m.?
3       INTERPRETER:  Yes, he can.
4   Q   And, is that you, personally?  Have you, personally,
5       served?
6       INTERPRETER:  He said that he's the owner, he never no
7   serve food -- ah, he's, personally, never no serve, but only
8   the problem is the, like from Korean the Asiana air --
9   airplane?  Somebody come from Korea or he's very good
10  friends and they come late with the airplane and then they
11  wanna hungry and they eat, enjoy, and they ask the alcohol,
12  at that time he making decision and let go.
13  Q   And, when that happens from Asiana, that's the -- the
14      time you allowed to serve alcohol after 2:00 a.m. or
15      when his friends come in from Asiana?
16      INTERPRETER:  He say after 2:00 a.m. he got no choice
17  to serve some friends from Korean because ah, near to his
18  business he got lot of restaurant too, but they also
19  serving.  If he doesn't serving the alcohol, whatever they
20  order?  And they will not -- he's gonna lose his own
21  customer, so he got no choice.
22  Q   So, ah he serve after 2:00 a.m. to compete with the
23      other business?
24      INTERPRETER: He say yes because ah, compete with other
25  restaurants, he have to keep his own customer.

-9-

1   Q   If you don't -- if you stop after 2:00 a.m., you're
2       gonna lose some customers?  To other restaurant?
3       INTERPRETER: He say yes, he's gonna lose his customer.
4   Q   So, it's ah, important to -- in order to make a -- to
5       keep the business and customers, to serve after 2:00
6       a.m.?
7       INTERPRETER:  Yes.
8       ...[deponent continuing].
9       INTERPRETER: He say that ah, some of customer they come
10      asking after 2:00 o'clock for the alcohol and then he -- he
11      explain first what's the reason why he doesn't wanna serve
12      the alcohol, because the law is cannot after 2:00 o'clock,
13      it's very hard for him to sell it, but he lost -- he try, he
14      lost a lot of customer for that, so he got no choice,
15      sometimes he explain first and then he let go.
16  Q   Do you know that it could be dangerous, it could be
17      unsafe to serve alcohol after 2:00 a.m.?
18      MR. LONG:  I'm gonna object to the form of the question
19      because I don't know how, what basis you say it's unsafe to
20      serve after 2:00 a.m. as opposed to unsafe after 8:00
21      o'clock p.m.  There's no basis for that, so I object to the
22      form of that whole question, other than that the witness can
23      answer.
24      MR. TORRES:  Do you want me to rephrase?  Repeat?
25      ...[translation].

-10-