IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative, | ) CIVIL ACTION NO. 05-0031 ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DONG GUK CORPORATION, | ) ) |
| Defendant, | ) ) |
| AND RELATED ACTIONS. | ) ) |

**DEPOSITION OF MS. MEE YEON LEE**

Taken at the Law Offices
of the Torres Brothers, LLC
Bank of Guam Building, 3rd Floor
Garapan, Saipan
Commonwealth of the Northern Mariana Islands

March 22, 2007

===========================
Transcribed by:
Celina A. Concepcion
**dba Judicial Services**
Atuhong Place, Chalan Piao
P. O. Box 500051
Saipan, MP  96950-0051
(670) 235-7585

EXHIBIT C

| | | |
|---|---|---|
| 1 | Q | Okay, now if first time customer, you don't serve after |
| 2 | | 2:00 a.m.? |
| 3 | A | Yeah. |
| 4 | Q | Second time customer? |
| 5 | A | Usually, I don't serve not my regular customer, only |
| 6 | | regular customer. |
| 7 | Q | And, what do you mean regular customer? |
| 8 | A | Regular customer? I know his -- their face? Ah talk, |
| 9 | | gonna...[indiscernible]. |
| 10 | Q | And, so if it's past 2:00 a.m., okay? There's people |
| 11 | | in certain table. The customers that you know and they |
| 12 | | asking, you serve alcohol? The customer, first time |
| 13 | | customer you don't serve alcohol. |
| 14 | A | Yes. |
| 15 | Q | And, do you have a regular customer that are Chamorros? |
| 16 | A | Yes, many Chamorro. |
| 17 | Q | And, you serve them alcohol after 2:00 a.m.? |
| 18 | A | No. |
| 19 | Q | So Chamorros you don't serve alcohol after 2:00 a.m.? |
| 20 | A | No. |
| 21 | Q | And, Koreans, you have regular customer Koreans? |
| 22 | A | Yes. |
| 23 | Q | And, you serve them alcohol after 2:00 a.m.? |
| 24 | A | Yes. |
| 25 | Q | And, Mr. Lee knows that? |

```
 1    A    Mr. Lee?  Sometimes know, sometimes he doesn't know.
 2    Q    You, ah -- and how about Carolinian?
 3    A    No.
 4    Q    You don't serve after 2:00 a.m.?
 5    A    Because Korean, we have same custom and same
 6         relationship or same thinking, but I don't know
 7         Carolinian and other foreigner?  So I cannot tell.
 8         MR. LONG: Again, this whole line of questioning, I just
 9    don't see the relevance of it, so I'm going to object on the
10    line of relevancy, but otherwise she can go ahead and ans--
11         MR. TORRES: Okay.
12         MR. LONG:  Answer the question.
13         MR. TORRES: I understand what you're saying.  So, ah
14    Carolinian, you don't serve after 2:00 a.m.?
15    A    No.
16    Q    And, that is company policy?
17    A    Huh?
18    Q    Just you.  Just you and the employees?
19    A    Yes.
20    Q    On that night, August 2nd, 2004, Park Jin Jiu, Yu Jin
21         Kim and the students, you remember them that night?
22         Vaguely.  Do you remember them on August 2nd, 2004?
23    A    Yes.
24    Q    Okay, and did they order alcohol?
25    A    Yes.
```