| | |
|---|---|
| 1 | **TORRES BROTHERS, LLC.** |
|   | VICTORINO DLG. TORRES, ESQ. |
| 2 | **VINCENT DLG. TORRES, ESQ. (F0258)** |
|   | Attorneys at Law |
| 3 | P.O. Box 501856 |
|   | Saipan, MP 96950 |
| 4 | Bank of Guam Bld. 3rd Flr. |
|   | Tel.:  (670) 233-5506/4 |
| 5 | Fax: (670) 233-5510 |
| 6 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative,** ) | CIVIL ACTION NO. 05 - 0031 |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION |
| ) | |
| v. ) | |
| ) | |
| **DONG GUK CORPORATION, DONGBU INSURANCE COMPANY LTD.,** ) | |
| ) | |
| **Defendants.** ) | |

TO:   ALL PARTIES AND INTERESTED PERSONS:

**PLEASE TAKE NOTICE** that on May 03, 2007 at 9:30 a.m., the above-entitled matter is set for hearing under Chief Judge Alex R. Munson, at the United States District Court, Saipan.

Respectfully submitted this   2nd   day of April, 2007.

                                            TORRES BROTHERS LLC
                                            ATTORNEYS AT LAW

                                             /S/ VINCENT DLG. TORRES
                                            VINCENT DLG. TORRES, ESQ.
                                            ATTORNEY FOR PLAINTIFF