Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br>    Plaintiff<br><br>        v.<br>DONG GUK CORPORATION and DONGBU INSURANCE COMPANY, LTD<br><br>    Defendants<br><br>DONG GUK CORPORATION<br>    Third Party Plaintiff<br><br>        v.<br><br>GYUN JIN KIM<br><br>    Third Party Defendant | ) CIVIL ACTION NO 05-00031<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **NOTICE OF MOTION AND**<br>) **MOTION TO DISMISS OR**<br>) **ALTERNATIVELY FOR**<br>) **SUMMARY JUDGMENT**<br>)<br>)<br>)<br>)<br>) April 26, 2007<br>)<br>) 9:00 a.m.<br>) |

**TO: PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

### NOTICE

Please be advised that on April 26, 2007 at 9:00 a.m. or as soon thereafter as possible, the court will hear defendant Dong Guk's motion to dismiss the complaint against it or alternatively for summary judgment.

## MOTION

Dong Guk hereby moves to dismiss the complaint against it or alternatively for summary judgment. The basis for this motion is the memoranda of points and authorities, declaration of counsel and the statement of undisputed facts filed herewith, and all documents of record in this case.

Law Office of G. Anthony Long

By:_____/s/_____
G. Anthony Long