Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br>    Plaintiff<br><br>v.<br><br>DONG GUK CORPORATION and DONGBU INSURANCE COMPANY, LTD<br><br>    Defendants<br><br>DONG GUK CORPORATION<br><br>    Third Party Plaintiff<br><br>v.<br><br>GYUN JIN KIM<br><br>    Third Party Defendant | CIVIL ACTION NO 05-00031<br><br><br><br><br><br><br><br><br><br><br><br>**DONG GUK'S STATEMENT OF UNDISPUTED FACTS**<br><br><br><br><br><br>April 27, 2007<br><br>9:00 a.m. |

1. Dong Guk owns and operates a restaurant on Saipan.

2. On or about the night of August 1, 2004 the decedent Jung Soon Lee was with Gyu Jin Kim and 6 other persons at Dong Guk 's restaurant.

3. Jung Soon Lee, Gyu Jin Kim and their others order and consumed alcohol while at Dong Guks's restaurant.

4. Jung Soon Lee, Gyu Jin Lee and their other companions departed Dong Guk's restaurant and headed for a place known as the Karaoke Bar.

5. The Karaoke Bar was closed.

6. Jung Soon Kim was a passenger in the vehicle driven by Gyu Jin Kim.

7. After learning the Karaoke Bar was closed, Gyu Jin Kim, with Jung Soon Lee as a passenger was driving on Beach Road in Chalan Kanoa.

8. The vehicle Gyu Jin Kim was driving and in which Jung Soon Lee was a passenger rammed into a flame tree.

9. Jung Soon Lee died as a result of the motor vehicle accident

10. Jung Soon Lee does not have any children.

11. Jung Soon Lee was not married at the time of the accident.

12. Jung Soon Lee's parents are still living.

13. Jung Soon Lee also has a grandfather and brother who are living.

14. Sung Young Lee is Jung Soon Lee's uncle.

Law Office of G. Anthony Long

By:_____/s/_____
    G. Anthony Long