Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Dong Guk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative<br>    Plaintiff<br><br>v.<br><br>DONG GUK CORPORATION and DONGBU INSURANCE COMPANY, LTD<br><br>    Defendants<br><br>DONG GUK CORPORATION<br><br>    Third Party Plaintiff<br><br>v.<br><br>GYUN JIN KIM<br><br>    Third Party Defendant | CIVIL ACTION NO 05-00031<br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER** |

WHEREAS, Typhoon Kong-Rey caused a disruption of business on Monday, April 2, 2007 and Tuesday, April 3, 2007;

WHEREAS, on Friday March 30, 2007 plaintiff filed a motion to amend his complaint;

NOW THEREFORE, Dong Guk Corporation ("Dong Guk") and Dongbu Insurance Co.,

Ltd.,(Dongbu") hereby stipulate and agree as follows:

1. The due date for Dong Guk's opposition to Donbgu's summary judgment motion shall be continued one day from Thursday, April 5, 2007 to Friday, April 6, 2007.

2. Dongbu, if necessary, can have additional time to file its optional reply to Dong Guk's opposition.

3. The hearing date on the summary judgment motion shall remain April 19, 2007.

Law Office of G. Anthony Long

By: _____
G. Anthony Long
Attorney for Defendant Dong Guk

_____
Thomas Clifford
Attorney for Defendant Dongbu Insurance Co.