F I L E D
Clerk
District Court

APR - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (Deceased), by SUNG YOUNG LEE, personal representative, ) ) ) ) | Civil Action No. 05-0031 |
| Plaintiff ) ) | |
| v. ) ) | ORDER GRANTING STIPULATED MOTION TO ENLARGE TIME |
| DONG GUK CORPORATION, *et al.*, ) ) ) | |
| Defendants ) ) | |

PURSUANT TO the stipulation of the parties, and good cause appearing therefrom,

IT IS ORDERED that defendant Dong Guk Corporation shall have until Friday, April 6, 2007, to file its opposition to plaintiff's motion for summary

AO 72
(Rev. 08/82)

judgment. Dongbu Insurance Company shall have additional time to file its reply, as agreed upon by the parties (but not to exceed April 13, 2007, by order of the court).

The hearing date of April 19, 2007, shall remain unchanged.

DATED this 5th day of April, 2007.


_Alex R. Munson_
ALEX R. MUNSON
Judge