FILED
Clerk
District Court

APR - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (Deceased), by SUNG YOUNG LEE, personal representative,<br><br>    Plaintiff<br><br> v.<br><br>DONG GUK CORPORATION, *et al.*,<br><br>    Defendants | Civil Action No. 05-0031<br><br>ORDER GRANTING STIPULATED MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, AND SETTING HEARING DATE AND TIME FOR SUCH MOTION |

PURSUANT TO the stipulation of the parties, and good cause appearing therefrom,

IT IS ORDERED that plaintiff's motion for leave to file an amended

AO 72
(Rev. 08/82)

complaint shall be heard on **Friday, April 13, 2007, at 9:00 a.m.** rather than May 3, 2007, as originally scheduled.

DATED this 5th day of April, 2007.

_____
ALEX R. MUNSON
Judge