FILED
Clerk
District Court

APR - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Document Expunged Pursuant to Order docket no. 52

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (Deceased), by SUNG YOUNG LEE, personal representative, | Civil Action No. 05-0031 |
| Plaintiff | ORDER SANCTIONING PLAINTIFF'S COUNSEL FOR FAILURE TO APPEAR AT SCHEDULED SETTLEMENT CONFERENCE |
| v. | |
| DONG GUK CORPORATION, *et al.*, | |
| Defendants | |

PURSUANT TO the September 19, 2006, amended case management order (which was prepared and submitted to the court by plaintiff's counsel), a settlement conference in this matter was scheduled for today, April 6, 2007, at 9:00 a.m. All attorneys were present, except for plaintiff's counsel. Accordingly, as a sanction for failure to appear at a regularly scheduled settlement conference for which plaintiff

AO 72
(Rev. 08/82)