Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

F I L E D
Clerk
District Court

APR - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant Dong Guk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) ) | CIVIL ACTION NO 05-00031 |
| By SUNG YOUNG LEE, Personal ) | |
| Representative ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| DONG GUK CORPORATION and ) | **ORDER** |
| DONGBU INSURANCE COMPANY, ) | |
| LTD ) | |
| ) | |
|     Defendants ) | |
| ) | |
| _____ ) | |

    WHEREAS, a hearing is scheduled for April 13, 2007 on plaintiff's motion to amend;

    WHEREAS, a hearing is scheduled for April 19, 2007 on defendant Dongbu's summary judgment motion;

    WHEREAS, a hearing is scheduled for April 26, 2007 on defendant Dong

Guk's motion to dismiss or alternatively for summary judgment;

WHEREAS, judicial economy is best served by hearing all of the motions on the same date.

IT IS HEREBY ORDERED:

1. The hearing on the plaintiff's motion and the two defense motions shall be heard on April 19, 2007 at 9:00 a.m.

2. Defendant Dongbu shall have until Friday, April 13, 2007 to file a reply in support of its summary judgment motion.

3. Plaintiff's reply in support of its motion shall be due on or before April 13, 2007

4. Plaintiff's opposition to Dong Guk's motion shall be due on or before April 17, 2007

5. Defendant's reply supporting its motion shall be due on or before April 18, 2007.

So ORDERED this __6TH__ day of April, 2007.

_____
Alex R. Munson
Judge, District Court