1  **Victorino DLG. Torres, Esq.**
2  **TORRES BROTHERS, LLC.**
   **Attorneys At Law**
3  **P.O. Box 501856**
   **Bank of Guam Bldg., 3rd Floor**
4  **Saipan, MP  96950**
   **Tel:  670-233-5504/06**
5  **Attorneys for Plaintiff**

6

7              IN THE UNITED STATES  DISTRICT COURT
                              FOR THE
8                      NORTHERN MARIANA ISLANDS

9                                              **CIVIL ACTION NO.** 05-0031

10 **JUNG SOON LEE, (Deceased) By SUNG**
   **YOUNG LEE, Personal Representative,**

11         Plaintiff,                          **MOTION FOR RECONSIDERATION OF**
                                               **ORDER SANCTIONING ATTORNEY FOR**
12         v.                                  **JUNG SOON LEE**

13
   **DONG GUK CORPORATION,**
14
           Defendant.
15

16
   **AND RELATED ACTIONS.**
17

18
           COMES NOW, Victorino DLG. Torres and hereby request this Honorable Court for
19
   reconsideration of its Order Sanctioning Plaintiff's Counsel For Failure to Appear At Scheduled
20
   Settlement Conference.  A declaration from Victorino DLG. Torres is attached hereto in support
21
   of this motion.
22
           Dated this 10th day of April, 2007.
23

24                                             TORRES BROTHERS, LLC.
25
                                                  /s/ Victorino DLG. Torres
26                                             VICTORINO DLG. TORRES, Bar No. F0253
                                               Attorneys for Plaintiff
27

28