Victorino DLG. Torres, Esq.
TORRES BROTHERS, LLC.
Attorneys At Law
P.O. Box 501856
Bank of Guam Bldg., 3rd Floor
Saipan, MP  96950
Tel:  670-233-5504/06
Attorneys for Plaintiff

IN THE UNITED STATES  DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION,<br><br>Defendant.<br><br>AND RELATED ACTIONS. | CIVIL ACTION NO. 05-0031<br><br>DECLARATION OF VICTORINO DLG. TORRES |

I VICTORINO DLG. TORRES, declare as follows:

1. I am over the age of 18, the attorney for the Plaintiff to the above entitled case and have personal knowledge to this declaration and will testify if called to do so competently;

2. That I take full responsibility for my failure to appear before this Court at regularly scheduled settlement conference on April 06, 2007;

3. That I have written a letter of apology to my colleagues, Mr. Anthony Long and Mr. Thomas E. Clifford for my failure to appear at the settlement conference;

4. That I have made the payments in the sum of $375.00 the next day I received this

Court's Order;

5. That I sincerely apologize to this Honorable Court for my failure to appear at the settlement conference.

6. I missed the scheduled hearing because it was a complete oversight on my part and I take full responsibility for it. When I received Mr. Anthony Long's notice that he will be off-island during the period (April 05 -- 16, 2007) I automatically assumed that there was no scheduled hearing. (Exhibit A). I also left work early on Thursday April 05, 2007 with a memo to the office staff that the office will be close the next day because it's a Commonwealth holiday, Good Friday.

7. That I am respectfully requesting this Court to reconsider its motion because my oversight was not intentional in any way shape or form nor was it a complete disregard of this Court's Scheduling Order but rather an honest mistake; I take complete responsibility for my failure and I sincerely apologize to this Court.

I declare under penalty of perjury that the above statements are true and correct and that this Declaration was executed on April 10, 2007 in Saipan, Commonwealth of the Northern Mariana Islands.

                    ___/s/ Victorino DLG. Torres___
                    VICTORINO DLG. TORRES