# Law Office of G. Anthony Long

P.O. Box 504970
Beach Road, San Jose
Saipan, MP 96950
Tel. 670.235.4802 Fax 670.235.4801
e-mail gal@nmilaw.com

**TO:**  All Courts and Counsels, CNMI Labor

**FROM:**  G. Anthony Long

**DATE:**  March 27, 2007

**SUBJECT:**  Off-Island Notice

---

I will be off island from **April 5, 2007** through **April 16, 2007**. Your courtesy in not scheduling any matters that require my attention during these times is most appreciated.

Thank you,

*[signature]*

G. Anthony Long

EXHIBIT A