Victorino DLG. Torres, Esq.
TORRES BROTHERS, LLC.
Attorneys At Law
P.O. Box 501856
Bank of Guam Bldg., 3rd Floor
Saipan, MP  96950
Tel:  670-233-5504/06
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE, (Deceased) By SUNG YOUNG LEE, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>DONG GUK CORPORATION,<br><br>Defendant.<br><br>AND RELATED ACTIONS. | CIVIL ACTION NO. 05-0031<br><br>NOTICE OF MOTION FOR RECONSIDERATION OF ORDER SANCTIONING PLAINTIFF'S ATTORNEY |

## NOTICE

PLEASE TAKE NOTICE that on ____/____/ 2007 at _____ a.m. / p.m., Victorino DLG. Torres, Esq. will request this Honorable Court for reconsideration of its Order Sanctioning Plaintiff's Counsel For Failure to Appear At Scheduled Settlement Conference.

TORRES BROTHERS, LLC.

   /s/  Victorino DLG Torres   
VICTORINO DLG. TORRES