1  **TORRES BROTHERS, LLC.**
   **VICTORINO DLG. TORRES, ESQ.**
2  **VINCENT DLG. TORRES, ESQ. (F0258)**
   Attorneys at Law
3  P.O. Box 501856
   Saipan, MP 96950
4  Bank of Guam Bld. 3rd Flr.
   Tel.: (670) 233-5506/4
5  Fax: (670) 233-5510

6  *Attorneys for Plaintiff*

7  UNITED STATES DISTRICT COURT
   FOR THE
8  NORTHERN MARIANA ISLANDS

9  JUNG SOON LEE, (Deceased) By SUNG  )   CIVIL ACTION NO. 05 - 0031
   YOUNG LEE, Personal Representative,  )
10                                       )
         Plaintiff,                      )   **DECLARATION OF VINCENT DLG.**
11                                       )   **TORRES IN SUPPORT OF MOTION**
         v.                              )   **AND MEMORANDUM OF LAW IN**
12                                       )   **SUPPORT OF MOTION FOR LEAVE**
   DONG GUK CORPORATION, DONGBU  )        **TO AMEND FIRST AMENDED**
13 INSURANCE COMPANY LTD.,       )        **COMPLAINT**
                                  )
14       **Defendants.**          )

17                          **DECLARATION**

18       I, VINCENT DLG. TORRES, Esq., declare as follows:

19  1.  That I am over the age of 18 and competent to testify to this Declaration if called so to
20      testify;

21  2.  That I am the undersigned counsel for Plaintiff in the above captioned and that the
22      attached exhibits A, B and C which are attached to Plaintiff's Motion and Memorandum
23      of Points and Authorities in Support of Plaintiff's Motion for Leave to Amend First
24      Amended Complaint are true and correct copies of the transcriptions provided by Celina
25      A. Concepcion dba Judicial Services on the deponents' depositions;

26  3.  That I further certify that the Motion and Memorandum of Points and Authorities in
27      Support of Plaintiff's Motion for Leave to Amend First Amended Complaint and not
28      filed in bad faith.

I declare under penalty of perjury that the above declarations are true and correct to the best of my ability and that this Declaration was executed on the  2nd  day of April, 2007 on Saipan, Commonwealth of the Northern Mariana Islands.

        /s/ Vincent Dlg. Torres, Esq.
VINCENT DLG. TORRES, ESQ.
Attorney for Plaintiff