# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-05-0031                                                    April 19, 2007
                                                              9:10 a.m.

### JUNG SOON LEE, et., al. -vs- DONG GUK CORPORATION

PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Sanae Shmull, Court Reporter
                 Michelle C. Macaranas, Courtroom Deputy
                 Victorino Dlg. Torres, Attorney for Plaintiffs
                 Vincent Dlg. Torres, Attorney for Plaintiffs
                 G. Anthony Long, Attorney for Defendant Dong Guk Corp.
                 Thomas E. Clifford, Attorney for Defendant Dongbu Insurance

PROCEEDINGS:     DEFENDANT'S MOTION TO DISMISS OR IN THE
                    ALTERNATIVE MOTION FOR SUMMARY JUDGMENT
                 DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND
                 PLAINTIFF'S MOTION FOR LEAVE TO AMEND

     Plaintiffs were represented in court by Attorney Victorino Dlg. Torres and Attorney Vincent Dlg Torres.  Attorney G. Anthony Long was present on behalf of Defendant Dong Guk Corporation.  Attorney Thomas Clifford was present on behalf of Defendant Dongbu Insurance Company, Ltd.

     Attorney G. Anthony Long argued on behalf of Defendant Dong Guk Corporation with regards to their motion to dismiss or in the alternative motion for summary judgment.  Attorney Thomas Clifford stated that his client joins Attorney Long's motion and position.  Attorney Victorino Torres argued on behalf of plaintiffs.  Attorney Long argued his client's response.

     Attorney Thomas Clifford argued on behalf of Defendant Dongbu Insurance Co., Ltd. with regards to their motion for summary judgment.  Attorney Long argued on behalf of his client.  Attorney Victorino Torres argued on behalf of Plaintiffs.

     Attorney Victorino Torres argued on behalf of Plaintiffs with regards to motion for leave to amend.  Attorney G. Anthony Long argued on behalf of his clients.  Attorney Clifford stated that his clients join Attorney Long's clients' position with regards to the motion.  Attorney Torres argued their client's response.

     Court, after hearing all argument, took the matters under advisement and stated that a written order would be forthcoming.  Court took up matters with counsels with regards to settlement offers.

                                                  Adjourned 10:10 a.m.

                                          /s/ Michelle C. Macaranas, Courtroom Deputy