F I L E D
Clerk
District Court

APR 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (Deceased), by SUNG YOUNG LEE, personal representative,<br><br>          Plaintiff<br><br>          v.<br><br>DONG GUK CORPORATION, *et al.*,<br><br>          Defendants | Civil Action No. 05-0031<br><br>ORDER EXPUNGING SANCTIONS ORDER RE PLAINTIFF'S COUNSEL FOR FAILURE TO APPEAR AT SCHEDULED SETTLEMENT CONFERENCE |

      Because counsel for plaintiff, Victorino DLG Torres, promptly paid to opposing counsel the amounts specified in the court's order of April 6, 2007 (Docket No. 42), and in addition wrote letters of apology to them for the inconvenience he caused to them and the court by his failure to appear at the settlement conference, and because the court recognizes that counsel's failure to

appear was inadvertent, though disruptive to the calendar of the court and opposing counsel,

IT IS ORDERED that the order sanctioning him be and hereby is expunged, although the sums paid to opposing counsel shall not be returned to plaintiff's counsel.

DATED this 19th day of April, 2007.

_____
ALEX R. MUNSON
Judge