FILED
Clerk
District Court

MAY - 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNG SOON LEE (Deceased), by SUNG YOUNG LEE, personal representative,<br><br>    Plaintiff<br><br>    v.<br><br>DONG GUK CORPORATION, et al.,<br><br>    Defendants | Civil Action No. 05-0031<br><br><br><br><br>JUDGMENT IN FAVOR OF DONGBU CORPORATION AGAINST PLAINTIFF AND DONG GUK CORPORATION |

PURSUANT TO Fed.R.Civ.P. 58,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be and hereby is entered in favor of defendant Dongbu Insurance Company, Ltd. on its cross-claim against Dong Guk Corporation; and,

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is also entered in favor of defendant Dongbu Insurance Company, Ltd. against plaintiff on plaintiff's direct action claim under Commonwealth law.

DATED this 2nd day of May, 2007.

_____
ALEX R. MUNSON
Judge